In the Matter of the Appraisal of the Estate of A. TRAVIS WELLS, Deceased, under the Acts in Relation to Taxable Transfers of Property. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; HENRY E. MacARTHUR, as Executor.

etc., Respondent.— Order reversed and original order modified, by eliminating the $500 exemptions, and as so modified the original order is affirmed, with costs of this appeal to appellant, payable out of the estate. Held, that the tax should have been assessed at the highest rate, under the provisions of section 230 of the Tax Law.* (*Matter of Zbcrowski*, 213 N. Y. 109.) All concur.

---

* Amd. by Laws of 1916, chap. 550. Since amd. by Laws of 1921, chap. 476.— [REP.